2:08-cv-0956

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT COUNTY OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY DILBECK, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:08-cv-0956 |
| vs. | The Honorable Judge Lancaster |
| PORT AUTHORITY OF ALLEGHENY COUNTY; LEON V. REYNOLDS; CITY OF PITTSBURGH; and PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, | *Document Filed Electronically* |
| Defendant. | |

## STIPULATION OF DISMISSAL

The plaintiff Zachary Dilbeck and representatives of the defendants Port Authority of Allegheny County, Leon V. Reynolds, and City of Pittsburgh, hereby stipulate and agree to discontinue plaintiff's claim against defendants Port Authority of Allegheny County, Leon V. Reynolds, and City of Pittsburgh in this matter.

STIPULATED AND AGREED TO:

_____
Peter D. Friday, Esquire
Counsel for Plaintiff

_____
Michael E. Kennedy, Assistant City Solicitor w/ const
George R. Specter, City Solicitor
Counsel for Defendant City of Pittsburgh

_____
Michael J. Certa, Esquire
Nicholas J. Evashavik, Esquire    w/ consent
Counsel for Defendant Port Authority of Allegheny
County and Leon V. Reynolds

1

APPROVED this 13th day of
July 09, 2009

_____
United States District Judge